

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

March 4, 2022

VIA ECF
The Honorable Alison J. Nathan, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2022

Re:   Fischler v. Biscuits & Bath Companies, LLC.,
      1:21-cv-09220 (AJN)(OTW)

Dear Judge Nathan:

This firm represents Plaintiff Brian Fischler. With Defendant's consent, we respectfully request a thirty-day extension of the deadline to file the Stipulation of Dismissal.

SO ORDERED.

As background, Plaintiff filed a February 2, 2022 Notice of Settlement and the Court then ordered the Stipulation of Dismissal to be filed by March 4. (Doc. No. 10). The parties have been unable to finalize the settlement as Defense counsel has been unavailable due to personal reasons. He is, however, now available to focus on this matter.

*[signature: Alison J. Nathan]*
3/4/2022

This is the first request to extend this deadline. The request, if granted, would not affect any other dates or deadlines.

We appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC:   Counsel of Record